UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARL A. BROOKS,

        Petitioner,

    v.

THE INDETERMINATE SENTENCE
REVIEW BOARD,

        Respondent.

Case No. C05-5350RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The petition is **DISMISSED WITHOUT PREJUDICE**. The issues raised are unexhausted.

(3) The motion for an extension of time is **DENIED**.

(4) The Clerk is directed to send copies of this Order to petitioner and to Judge Arnold.

DATED this 30th day of August, 2005.

*/s/ Robert J. Bryan*
Robert J. Bryan
United Staes District Judge

ORDER
Page - 1